IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JOAN D. MARTIN, | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. |
| | : | 5:10-CV-236 (MTT) |
| PEACH COUNTY, Georgia and | : | |
| TERRY DEESE, individually | : | |
| and in his Official capacity | : | |
| as Sheriff, | : | |
| | : | |
| Defendants. | : | |

## ORDER

This matter comes before the Court on non-party Georgia Department of Labor's "Motion to Quash Defendant's Subpoena Commanding Production of Records Pertaining to Joan Martin" [Doc. No. 23]. Having considered the Motion to Quash and the Motion of Defendants to Compel in Response to that Motion to Quash, the Court concludes that the need for the information or records in this proceeding outweighs any reason for the privacy or confidentiality of the information or records subpoenaed. Therefore, the Motion to Quash [Doc. No. 23] is DENIED, and the Georgia Department of Labor is directed to produce the requested records in its possession to the defendants' counsel within ten (10) days.

**SO ORDERED,** this 15th day of April, 2011.

s/Marc T. Treadwell
Marc T. Treadwell, Judge
United States District Court