IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| JOAN D. MARTIN, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-236 (MTT) |
| PEACH COUNTY, GEORGIA, and TERRY DEESE, individually and in his official capacity as Sheriff, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Plaintiff's Motion to Compel (Doc. 25) and the Defendants' Motion for Leave to File Excess Pages (Doc. 28). The Court convened a hearing on May 12, 2011. For the reasons set forth at the conclusion of oral argument, the Motion to Compel is **granted in part and denied in part**. Each party shall bear their respective costs and fees associated with that Motion. The Defendants' Motion for Leave to File Excess Pages is **granted**.

**SO ORDERED,** this 12th day of May, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT